Filed: 10/13/2023 8:43 AM
Clerk
Allen County, Indiana
BI

Allen Superior Court 3

| STATE OF INDIANA | ) | | IN THE ALLEN SUPERIOR COURT |
|---|---|---|---|
| | ) | SS: | |
| COUNTY OF ALLEN | ) | | CAUSE NO._____ |

| | |
|---|---|
| BENJAMIN L. SPENCER, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF FORT WAYNE | ) |
| and JOEL SAXTON, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

Plaintiff, by counsel, alleges against Defendants that:

1.  The Plaintiff is Benjamin L. Spencer, Jr. who filed a Tort Claim Notice on or about January 10, 2023 (mistyped as January 10, 2022), a copy of which is attached hereto, made a part hereof, and incorporated herein as Exhibit "A". The Tort Claim Notice was received and signed for by the City of Fort Wayne on January 12, 2023.

2.  Defendant City of Fort Wayne is named in its representative capacity as being the employer of Fort Wayne City Police Officer Joel Saxton. The City of Fort Wayne is responsible for the actions of Joel Saxton under the doctrine of *respondeat superior*. Officer Joel Saxton committed battery on the Plaintiff for twisting and wrenching his arm and wrist.

3.  Defendant Officer Joel Saxton is named as a Defendant in his individual capacity as he was, on or about August 1, 2022 and/or August 2, 2022, operating in his individual capacity as a person under color of law and a law enforcement officer for the City of Fort Wayne when he used excessive force on Plaintiff in violation of the Fourth Amendment of the United States Constitution. Defendant Saxton acted intentionally,

EXHIBIT A

willfully, wantonly and in reckless disregard of Plaintiff's federally protected rights to be free from excessive force under the Fourth Amendment and 42 U.S.C. § 1983.

4. Defendant Saxton's action caused Plaintiff to be damaged and injured, to-wit, he experienced physical pain, mental suffering, emotional distress, mental anguish, embarrassment, humiliation, medical expenses, and other damages and injuries for which he seeks compensatory damages.

5. Defendant Saxton's actions were intentional, knowing, willful, wanton, and in reckless disregard of Plaintiff's federally protected rights warranting an imposition of punitive damages.

WHEREFORE, Plaintiff prays for judgment against the Defendants, for compensatory damages, punitive damages, reasonable attorney's fees and costs, and for all other just and proper relief in the premises.

## JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**MYERS SMITH WALLACE, LLP**

/s/Christopher C. Myers
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:    (260) 424-0600
Facsimile:    (260) 424-0712
E-mail:    cmyers@myers-law.com
Counsel for Plaintiff

–2–

EXHIBIT A